UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE BARRIOS,

    Plaintiff,

    v.

SONOMA COUNTY SHERIFF DEPT OF CORRECTIONS, et al.,

    Defendants.

Case No. 18-cv-07467-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file an amended complaint on this Court's form, even though complaint forms were sent to him. Instead he submitted a small sheet of lined yellow notepaper containing insufficient allegations. (Dkt. No. 14.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must contain an amended complaint on this Court's form and which complies in all respects with the Court's order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April _3_, 2019

_____
RICHARD SEEBORG
United States District Judge